ANNIE GEARY, as Administratrix of the Estate of JOHN GEARY, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Geary* v. *Metropolitan Street Ry. Co.*, 84 App. Div. 514, affirmed.
(Argued December 3, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

1, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames, Charles F. Brown* and *Henry A. Robinson* for appellant.

*John C. Robinson* and *A. S. Gilbert* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not sitting : GRAY, J.